██ DIANA R. DIBBLE, Appellant, v JANIS K. ALLEN et al., Respondents. [823 NYS2d 710]—Appeal from an order of the Supreme Court, Onondaga County (Anthony J. Paris, J.), entered March 13, 2006. The order, among other things, granted defendants' motion for summary judgment dismissing the amended complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Kehoe, J.P., Martoche, Centra, Green and Pine, JJ.